905-15

# ELECTRONIC RECORD

COA # 10-14-00285-CR                      OFFENSE: Forgery

STYLE: Lester Broussard, Jr. v. The State of Texas      COUNTY: Walker

TRIAL COURT:        12th District Court          _____ MOTION
TRIAL COURT #:      25424                    FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Donald L. Kraemer    DATE: _____
DISPOSITION:        AFFIRMED                   JUDGE: _____


DATE:    June 4, 2015

JUSTICE: Scoggins          PC ____ S  YES
PUBLISH: _____        DNP:  YES ____

CLK RECORD:  12/23/2014          SUPP CLK RECORD: _____
RPT RECORD:  11/6/2014           SUPP RPT RECORD: _____
STATE BR:    5/7/2015            SUPP BR: _____
APP BR:      2/12/2015           PRO SE BR: _____


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                  CCA # ____ 905-15

-----------------------

___PRO SE___ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
___REFUSED___                      JUDGE: _____
DATE: __11/04/2015__               SIGNED: _____   PC: _____
JUDGE: __Per Curiam__              PUBLISH: _____   DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____      _____ ON _____
JUDGE: _____      JUDGE: _____